No. 74–1408. Wright v. United States. C. A. 7th Cir. Certiorari denied.

No. 74–1410. Roberts et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 74–1412. Pro Arts, Inc. v. Bell et al. C. A. 6th Cir. Certiorari denied.

No. 74–1415. Stern v. United States. C. A. 2d Cir. Certiorari denied.

No. 74–1416. Delta County Levee Improvement District No. 2 et al. v. Leonard et al. Sup. Ct. Tex. Certiorari denied.

No. 74–1417. Lally v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 74–1421. Cashen et ux. v. Spann et al. Sup. Ct. N. J. Certiorari denied.

No. 74–1423. Cusumano et al. v. Ratchford et al. C. A. 8th Cir. Certiorari denied.

No. 74–1424. Ashdown et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–1431. Mills v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–1433. Television Reception Corp. v. Commonwealth Cable Co. C. A. 6th Cir. Certiorari denied.